IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark BAGINSKI, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>[ATTORNEY GENERAL] of the United States,[1] )<br>et al., )<br>)<br>  Defendants. )<br>) | Case No. 15-1225-RC |

## JOINT STATUS REPORT

In accordance with the Order of the Court dated January 23, 2017, counsel for the parties have met and conferred regarding next steps in this matter, including a schedule for discovery and summary judgment briefing.

### Discovery Schedule

Concurrently with the filing of the parties' Joint Status Report, Defendants are filing a motion to stay proceedings in this case pending the Supreme Court's review of the government's petition for a writ of certiorari to review the judgment of the Third Circuit in *Attorney General v. Binderup*, 836 F.3d 336 (3d Cir. 2016) (*en banc*), *cert. pending*. *See* Defendants' Motion for a Stay of Proceedings, ECF No. 24. Plaintiff opposes that motion. In order to allow for this Court possibly to rule on Defendants' stay motion prior to the initiation of discovery, the parties propose the following schedule governing discovery, absent further order of the Court:

---

[1] By operation of Fed. R. Civ. P. 25(d), the Attorney General will be "automatically substituted as a party" in this case upon confirmation.

- March 17, 2017 – Discovery opens.  Interrogatories, requests for production of documents, requests for admission and depositions will be subject to the ordinary limitations of the federal rules of civil procedure, absent further order from the Court.

- March 31, 2017 – The parties will exchange the information required by Rule 26(a)(1) on or before March 31, 2017.

- May 19, 2017 – Proponents of expert testimony, if any, will make the disclosures required by Rule 26(a)(2) on or before May 19, 2017.

- June 16, 2017 – To the extent any party wishes to offer expert testimony to contradict or rebut proffered experts, pursuant to Rule 26(a)(2)(D), such disclosures will be made by June 16, 2017.

- July 7, 2017 – The parties propose that all discovery be conducted so as to conclude by July 7, 2017.

## Summary Judgment Briefing

The parties further propose the following schedule for briefing cross-motions for summary judgment, absent further order of the Court:

- August 25, 2017 – Defendants' Motion for Summary Judgment

- September 26, 2017 – Plaintiff's Opposition and Cross-Motion for Summary Judgment

- October 24, 2017 - Defendants' Reply and Opposition

- November 7, 2017 - Plaintiff's Reply

- Hearing to be scheduled at a date thereafter convenient for the Court

February 2, 2016                                                         Respectfully submitted,

                                                                         CHAD READLER

3

        Acting Assistant Attorney General

        JOHN R. TYLER
        Assistant Director, Federal Programs Branch

        */s/Amy E. Powell*
        AMY E. POWELL
        Trial Attorney
        U.S. Department of Justice, Civil Division
        Federal Programs Branch
        20 Massachusetts Ave., N.W., Room 5377
        Washington, D.C. 20530
        Tel.:   (202) 514-9836
        Fax.:  (202) 616-8470
        Email: amy.powell@usdoj.gov


Dated:   February 2, 2017        Respectfully submitted,

        Alan Gura (D.C. Bar No. 453449)
        Gura PLLC
        916 Prince Street, Suite 107
        Alexandria, VA 22314
        703.835.9085/Fax 703.997.7665
        alan@gurapllc.com


        By:   /s/ Alan Gura
                  Alan Gura

                Attorney for Plaintiff

## CERTIFICATION OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail or Federal Express, on the 2nd of February, 2017.

                                        */s/Amy E. Powell*
                                        AMY POWELL
                                        February 2, 2017