**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Mark BAGINSKI,              )<br>                              )<br>  Plaintiff,                 )<br>                              )<br>v.                            )<br>                              )     Case No. 15-1225-RC<br>Jefferson B. SESSIONS, in his capacity as  )<br>ATTORNEY GENERAL of the United States, et al.,)<br>                              )<br>  Defendants.                )<br>                              ) | |

## ANSWER

Defendants hereby answer the Amended Complaint filed by Plaintiff Mark Baginski (Dkt. No. 5) in the following numbered paragraphs, which correspond to the Complaint's numbered paragraphs:

1.  Admit the first sentence. Defendants lack sufficient information to form a belief as to the truth of the allegations regarding Plaintiff's intent. Deny the remaining allegations.

2.  Deny. Jefferson B. Sessions is the current Attorney General of the United States.

3.  Admit that Thomas Brandon is the Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives. The remainders of the allegations in this paragraph characterize Plaintiffs action or are legal conclusions, and no response is required.

4-5. The allegations in these paragraphs are legal conclusions to which no response is required.

6.  Defendants admit that, at the time of the NICS denial, Defendants had no information that Plaintiff was subject to other federal prohibitors; Defendants lack sufficient information to form a belief about the truth of the remaining allegations in this paragraph.

7.  Admit that Baginski was convicted of the offense as described, punishable by a

term of imprisonment of more than two years.  The remainder of the allegations in this paragraph are legal conclusions, and no response is required.

8. Admit.

9. Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph.

10. Deny the first sentence.  Defendants lack sufficient information to form a belief about the truth of the remaining allegations in this paragraph.

11. Deny.

12. The allegations in this paragraph are legal conclusions to which no response is required.

13-15. The allegations in these paragraphs are legal conclusions to which no response is required.

16. Defendants lack sufficient information to form a belief as to the truth of the allegations regarding Plaintiff's desires and intentions.

17. Admit that Plaintiff sought to purchase a firearm on or about May 25, 2010, in the state of Rhode Island.

18. Admit the allegations in the first sentence.  Defendants lack sufficient information to form a belief as to the truth of the remaining allegations regarding the Rhode Island Police Department.

19. Defendants deny that Defendants "rejected" the appeal; Defendants aver that the appeal was processed and the original denial sustained.  Otherwise admit.

20. Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph.

21. Defendants incorporate the responses to the preceding paragraphs.

22-23. Deny.

24. Defendants incorporate the responses to the preceding paragraphs.

25. Deny.

26. The allegations in this paragraph are legal conclusions to which no response is required.

The remainder of the Amended Complaint is Plaintiff's requested relief, to which no response is required. To the extent a response is required, Defendants deny that Plaintiff is entitled to this relief or to any relief whatsoever. Defendants hereby deny any other allegations in the Amended Complaint not expressly addressed to in the paragraphs above.

Dated: June 19, 2017

Respectfully Submitted,

CHAD READLER
Acting Assistant Attorney General

JOHN TYLER
Assistant Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 5377
Washington, D.C. 20530
Tel.:   (202) 514-9836
Fax.:   (202) 616-8470
Email: amy.powell@usdoj.gov

## CERTIFICATION OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail or Federal Express, on the 19th of June, 2017

                                              */s/Amy E. Powell*
                                              AMY POWELL
                                              June 19, 2017